

FILED

JAN 28 2020

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.                                Criminal Case No.: 3:20 MJ 7

MICHAEL ANTHONY PARKINSON,

　　Defendant.

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew Custer, being duly sworn, depose and states as follows:

1. On January 23, 2020 at approximately 23:25 hours, Officer Hosby-Brown with the Ranson Police Department ("RPD") received a call for service regarding an alarm at 48 Peter Rabbit Drive in Ranson, Jefferson County, West Virginia. Upon arriving, she and RPD Officer Meacham discovered the front door of the residence was open. Officers entered the residence and announced that police were on scene. Officers heard a female yell out and advised she was in the bathroom.

2. Officer Meacham observed blood spatter upon entering the residence and requested dispatch to alert EMS. Officer Meacham located the female in the bathroom of the residence, and she was identified as Veronica Marcus ("Veronica"). Veronica's head was bleeding profusely. After locating Veronica, officers cleared the residence for possible suspects. EMS arrived on scene, and Veronica was transported to the Jefferson Medical Center by EMS.

3. Sergeant Norris arrived on scene and spoke with Officer Meacham. Officer Meacham advised Sergeant Norris that Veronica wanted to get her cell phone and contact her family. She advised it was in a pink case and she had it in the bedroom when the subjects broke into her residence. Officers had observed that the rear entrance to the residence had been forced open. Sgt. Norris attempted to locate the phone. Sgt. Norris observed the house to appear as if it had been ransacked. There was blood on the floor and walls of the rear left bedroom, living room, and foyer. Sgt. Norris looked around the living room, kitchen and rear right bedroom for the phone. While in the right rear bedroom, Sgt. Norris observed a black safe under a desk. The captioned bedroom did not appear to have been rummaged through, so Sgt. Norris exited the room. In the garage, Sgt. Norris found a makeshift "tent." Within that tent, officers observed a couch, e-cigarettes, suspected marijuana and paraphernalia. Sgt. Norris observed two electronic monitoring screens on a desk for what appeared to be there for monitoring a security camera system. Sgt. Norris did not locate the cell phone belonging to Veronica.

4. Sgt. Norris met with Officer Hosby-Brown at JMC hospital to speak with Veronica. She advised that she woke up to a loud crash. She exited her bed and was met at the bedroom doorway by an unknown male. The unknown male immediately hit Veronica in the head with something hard. This male continued to hit her, and he began requesting "the money." Veronica told the male that there was no money in the house, only credit cards. The male

eventually drug her into the living room where he continued to hit her and yell "where's the cash." Veronica told officers that at some point during incident, the male held a knife to her throat and again demanded cash. The male eventually drug her into the bathroom and shut the door. Veronica told officers that she thought she heard the male speaking to someone else in the residence but that she never observed a second individual.

5. Sgt. Norris spoke to Veronica about the residence. Sgt. Norris asked her about the tent in the garage, and Veronica said that it was where her boyfriend "hung-out" with his friends. At this time, officers learned that Veronica owns the residence and that she resided there with her boyfriend, Michael Parkinson. Sgt. Norris asked Veronica what was in her safe in the back bedroom. Veronica advised the safe belonged to Parkinson and that she was unaware of its contents. Sgt. Norris asked if she had any idea why someone would have broken into her house, and Veronica said she did not. Sgt. Norris asked the whereabouts of Parkinson. Veronica advised he was in jail, and officers learned that Parkinson was in jail in Alleghany County, Maryland. Sgt. Norris asked if Parkinson had done anything that would cause someone to want to break into her house, and Veronica replied no.

6. The victim's sister, Tiffany Sowers, was in the hospital room with her and heard the conversation between the officers and Veronica. Tiffany pulled Sgt. Norris aside and advised that Parkinson had been in and out of jail for drugs.

7. Meanwhile at the residence, RPD officers continued to photograph the crime

scene. The victim's brother, Duane Marcus ("Duane"), opened a camouflaged, military style backpack that was located in the back bedroom near a safe. Duane then came to the kitchen of the residence and advised that he had observed a large quantity of money and packaged white substance. Then, RPD officers accompanied Duane to the back room and observed multiple, stacked $100 bills folded in half; a cut red straw consistent with one used to snort narcotics; and a cigarette lighter. Additionally, officers located a clear blue-tinted plastic box containing two sandwich baggies. The baggies were approximately 90% full with what appeared to be translucent, rock-like shards consistent with crystal methamphetamine. At this point, the room was secured and no one except law enforcement entered the room pending a search warrant.

8. TFO M. Custer obtained a state search warrant for 48 Peter Rabbit Drive, Ranson, West Virginia. Officers seized the suspected methamphetamine. Officers photographed digital scales and packaging equipment located with the suspected methamphetamine. The suspected methamphetamine was packaged in three separate sandwich bags and was of distributable amount.

9. The suspected methamphetamine was field tested and yielded a positive result for methamphetamine, a schedule II controlled substance.

10. During the month of January 2020, TFO Custer had received complaints related to drug distribution regarding 48 Peter Rabbit Drive in Ranson, Jefferson County, West Virginia. TFO Custer identified Parkinson to reside

at that residence. During the time of the above home invasion, Veronica and Parkinson were in a domestic relationship together and both resided in the aforementioned residence. Photographs of Veronica and Parkinson were located throughout the residence.

11. Parkinson has a criminal history related to drug activity. Parkinson was convicted for the delivery of a controlled substance in September 2011 and was sentenced to 1 to 5 years probation. In December 2019, Parkinson was arrested in Alleghany County, Maryland for possession with the intent to distribute a controlled substance, methamphetamine. Parkinson's Allegany County, Maryland case is currently pending.

## OATH

I swear and affirm under penalty of perjury that the information in this affidavit is true to the best of my knowledge and belief.

Matthew Custer
Task Force Officer
Eastern Panhandle Drug & Violent Crimes Task Force

Subscribed and sworn to me on this 28th day of January, 2020.

Robert W. Trumble
United States Magistrate Judge
Northern District of West Virginia